CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

OCT 2 7 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **FRED LEWIS WILSON,** | )<br>) |
| Plaintiff, | ) Case No. 7:09CV00418<br>) |
| v. | )<br>) **FINAL ORDER**<br>) |
| **WARDEN TRACY RAY, ET AL.,** | ) By: Glen E. Conrad<br>) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that plaintiff's amendment to his complaint (Dkt. No. 7) is **GRANTED** and his complaint is amended as stated in the motion; but the complaint as amended is **DISMISSED** with prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state an actionable claim, and this action is stricken from the active docket of the court. Plaintiff is hereby notified that this dismissal will count against him as a "strike" under 28 U.S.C. § 1915(g).

ENTER: This 27th day of October, 2009.

_____
United States District Judge